**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
JUN 06 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 5:24-CR-49-GFVT
    21 U.S.C. § 841(a)(1)

**ANDERSON L. GEORGE JR.**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 28, 2023, in Fayette County, in the Eastern District of Kentucky,

**ANDERSON L. GEORGE JR.**

did knowingly and intentionally possess with the intent to distribute, to another, a mixture or substance containing 10 or more grams of a fentanyl analogue, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **ANDERSON L. GEORGE JR.**, committed the offense charged in this count, **ANDERSON L. GEORGE, JR.** had a final conviction for a serious drug felony, namely Trafficking in a Controlled Substance First Degree, from the Rowan Circuit Court, case number 18-CR-2, in 2018, for which he served more than 12 months imprisonment and his release from imprisonment was within 15 years of the commencement of the instant offense.

A TRUE BILL

███████████████

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years imprisonment, $5,000,000 fine, and at least 4 years supervised release.

**If prior serious drug offense conviction:** Not less than 10 years imprisonment and not more than life imprisonment, $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Forfeiture, if applicable.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.