UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. __5:24-cr-49-GFVT__

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                     **MOTION OF UNITED STATES**
                       **FOR ISSUANCE OF ARREST WARRANT**

**ANDERSON L. GEORGE JR.**                                           DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **ANDERSON L. GEORGE JR.**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   */s/ Cynthia T. Rieker*
      Cynthia T. Rieker
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4853
      Cynthia.rieker@usdoj.gov